## GEORGE *v.* THE STATE.

CANDLER, J. 1. This court will not consider, in lieu of a brief of the evidence, a transcript of the stenographer's notes of the testimony taken on the trial of a case, consisting of questions asked by counsel and the answers given by the witnesses, and not approved by the trial judge. No agreement of counsel can avail to bring such a document to the attention of this court, for the law is imperative that there must be a brief of the evidence, approved by the judge and made a part of the record. Civil Code, § 5529.

2. The indictment charged the accused with the offense of arson, for that on a named day he did "set fire to the mill and machinery building, in the city of Tifton, of the Tifton Knitting Mills, same being a house." There was no demurrer to the indictment. *Held,* that it was not error to allow the State to prove that the Tifton Knitting Mills was a corporation.

3. There being no approved brief of evidence in the record, other questions made by the motion for new trial can not be decided.

*Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*

Submitted June 19, — Decided July 17, 1905.

Indictment for arson. Before Judge Mitchell. Berrien superior court. April 11, 1905.

*J. Z. Jackson* and *J. W. Powell,* for plaintiff in error.

*W. E. Thomas, solicitor-general,* contra.

*Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*